UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

*Pro se* Petitioner Jeffrey David Volosin filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) On July 25, 2023, this Court ordered Volosin to show cause why the Petition should not be dismissed as untimely and/or unexhausted. (ECF No. 6.) Volosin responded. (ECF No. 10.) Given Volosin's responses, this Court ordered Respondents to respond to Volosin's response. (ECF No. 11.) On January 10, 2024, Volosin moved for leave to supplement his response to the order to show cause. (ECF No. 26.) Respondents filed a non-opposition to the motion. (ECF No. 28.) On January 11, 2024, Respondents requested an extension of time to file their response. (ECF No. 27.) This is Respondents' second request for an extension of this deadline. Volosin did not object to the extension request, and his time for doing so has now expired. This Court finds good cause exists to grant Volosin's motion to supplement and Respondents' extension request.

It is therefore ordered that the motion for leave to supplement (ECF No. 26) is granted. Volosin's supplement, contained within ECF No. 26, is considered a part of his response to the order to show cause (ECF No. 10).

1 | It is further ordered that the motion to extend time (ECF No. 27) is granted. Respondents have up to and including March 11, 2024 to file their response to Volosin's response and supplement. Volosin may file a reply within 30 days following receipt of Respondents' response.

DATED THIS 25th Day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE