UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT,<br><br>　　　　　　　　Respondent. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

　　*Pro se* Petitioner Jeffrey David Volosin has filed a motion for an extension of time to file his reply to the Order instructing him to show cause why this action should not be dismissed as untimely and/or unexhausted. (ECF No. 34 ("Motion").) This is Volosin's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

　　It is therefore ordered that the Motion (ECF No. 34) is granted. Volosin has up to and including May 13, 2024 to file his reply.

　　DATED THIS 4th Day of April 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE