UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

　　　Counseled Petitioner Jeffrey David Volosin has filed an unopposed motion for extension of time to file his First-Amended Petition. (ECF No. 41 ("Motion").) This is Volosin's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　It is therefore ordered that the Motion (ECF No. 41) is granted. Volosin has up to and including December 11, 2024, to file his First-Amended Petition.

　　　DATED THIS 17th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE