# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JEFFREY DAVID VOLOSIN,

Petitioner,

v.

TIM GARRETT, *et al.*,

Respondents.

Case No. 3:23-cv-00362-MMD-CSD

ORDER

Counseled Petitioner Jeffrey David Volosin has filed a motion for a 90-day extension of time to file his First-Amended Petition. (ECF No. 43 ("Motion").) This is Volosin's second request for an extension of this deadline. The Court finds good cause exists to grant an extension, but it finds that 90 days is too extensive.

It is therefore ordered that the Motion (ECF No. 43) is granted, in part. Volosin has up to and including February 10, 2025, to file his First-Amended Petition.

DATED THIS 13th Day of December 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE