# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN, | Case No. 3:23-cv-00362-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Counseled Petitioner Jeffrey David Volosin has filed an unopposed motion for a 14-day extension of time to file his First-Amended Petition. (ECF No. 46 ("Motion").) This is Volosin's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 46) is granted. Volosin has up to and including February 24, 2025, to file his First-Amended Petition.

DATED THIS 12th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE