UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>　　　　　Petitioner,<br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

　　　Counseled Petitioner Jeffrey David Volosin has filed a motion for a 21-day extension of time to file his First-Amended Petition. (ECF No. 48 ("Motion").) This is Volosin's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

　　　It is therefore ordered that the Motion (ECF No. 48) is granted. Volosin has up to and including March 17, 2025, to file his First-Amended Petition.

　　　DATED THIS 25th Day of February 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE