UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JEFFREY DAVID VOLOSIN, | Case No. 3:23-cv-00362-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Counseled Petitioner Jeffrey David Volosin has filed an unopposed motion for a one-day extension of time to file his First-Amended Petition. (ECF No. 50 ("Motion").) Thereafter, Volosin filed his First-Amended Petition. (ECF No. 51.) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 50) is granted *nunc pro tunc*.

DATED THIS 21st Day of March 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE