UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>Petitioner,<br>v.<br><br>TIM GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for a 30-day extension of time to file their response to Petitioner Jeffrey David Volosin's First-Amended Petition. (ECF No. 53 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 53) is granted. Respondents have up to and including June 18, 2025, to file their response.

DATED THIS 20th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE