UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JEFFREY DAVID VOLOSIN, | Case No. 3:23-cv-00362-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Jeffrey David Volosin has filed an unopposed motion for a 62-day extension of time to file his opposition to the motion to dismiss. (ECF No. 62 ("Motion").) This is Volosin's first request for an extension of this deadline. The Court finds good cause to grant the Motion.

It is therefore ordered that the Motion (ECF No. 62) is granted. Volosin has up to and including September 2, 2025 to file his opposition.

DATED THIS 7th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE