UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN, | Case No. 3:23-cv-00362-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Jeffrey David Volosin has filed an unopposed motion for a 32-day extension of time to file his opposition to the motion to dismiss. (ECF No. 67 ("Motion").) This is Volosin's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 67) is granted. Volosin has up to and including November 3, 2025 to file his opposition.

DATED THIS 26th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE