UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>                              Petitioner,<br>     v.<br><br>TIM GARRETT, *et al.*,<br><br>                             Respondents. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

Petitioner Jeffrey David Volosin has filed an unopposed motion for a 14-day extension of time to file his opposition to the motion to dismiss. (ECF No. 69 ("Motion").) This is Volosin's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but the Court warns that further requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 69) is granted. Volosin has up to and including November 17, 2025 to file his opposition.

DATED THIS 4th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE