UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN, | Case No. 3:23-cv-00362-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 45-day extension of time to file their reply to Petitioner Jeffrey David Volosin's opposition to the motion to dismiss. (ECF No. 72 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 72) is granted. Respondents have up to and including January 8, 2026 to file their reply.

DATED THIS 26th Day of November 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE