# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN, | Case No.: 3:23-cv-00362-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 60-day extension of time to file their answer to Petitioner Jeffrey David Volosin's amended petition. (ECF No. 78 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 78) is granted. Respondents have up to and including May 26, 2026 to file their answer.

DATED THIS 27th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE