UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT,<br><br>Respondent. | Case No. 3:23-cv-00362-MMD-CSD<br><br>ORDER |

Respondent has filed an unopposed motion for a 21-day extension of time to file his answer to Petitioner Jeffrey David Volosin's amended petition. (ECF No. 80 ("Motion").) This is Respondent's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 80) is granted. Respondent has up to and including June 16, 2026, to file his answer.

DATED THIS 29th Day of May 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE