UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY DAVID VOLOSIN,

Petitioner,

v.

TIM GARRETT,

Respondent.

Case No. 3:23-cv-00362-MMD-CSD

ORDER

Petitioner Jeffrey David Volosin's has filed an unopposed motion for a 30-day extension of time to file his reply to his amended petition. (ECF No. 88 ("Motion").) This is Volosin's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 88) is granted. Volosin has up to and including October 21, 2026, to file his reply.

DATED THIS 21st Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE