UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY DAVID VOLOSIN,<br>Petitioner,<br>v.<br>TIM GARRETT,<br>Respondent. | Case No. 3:23-cv-00362-MMD-CSD<br>EXTENSION ORDER |

Petitioner Jeffrey David Volosin has filed a motion for a 7-day extension of time to file his reply to his amended petition. (ECF No. 90 ("Motion").) This is Volosin's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 90) is granted. Volosin has up to and including October 28, 2026, to file his reply.

DATED THIS 27th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE